**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** **MIRANDA RENEE JEFFERSON,** | : | Case No. 12-60323 |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

    Now comes Debtor MIRANDA RENEE JEFFERSON by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

MIRANDA RENEE JEFFERSON
801 Polaris Parkway, Unit #445
Columbus, Ohio 43240

Respectfully submitted,

Dated: 25 September 2015

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.: 614.444.5290
Fax: 614.444.4446

## NOTICE OF NOTICE OF CHANGE OF ADDRESS AND
## CERTIFICATE OF SERVICE

Debtor MIRANDA RENEE JEFFERSON has filed papers with the Court – a Notice of Change of Address.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the Notice of Change of Address, then on or before twenty-one (21) days from the service of the Notice of Change of Address, you or your attorney must:

1. File with the Court a responsive memorandum explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio, 43215 OR your attorney must file a response using the Court's ECF system;

2. The Court must **receive** your response on or before the date set forth above; and,

3. Send a copy of your responsive memorandum either by regular U.S. Mail or the Court's ECF system to:

    United States Trustee
    170 North High Street, Suite 200
    Columbus, Ohio 43215

    Mark Albert Herder
    1031 East Broad Street
    Columbus, Ohio 43205

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Notice of Change of Address and may enter an order granting that requested relief.

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and accurate copy of the preceding Notice of Change of Address and Official Form 20A Notice was duly served this date on the following registered ECF participants, electronically through the Court's ECF system at the email address registered with the Court:

Asst. U.S. Trustee (Col) - via ECF

Faye English, Chapter 13 Trustee - via ECF


DATED: 25 September 2015                */s/ Mark Albert Herder*
                                               Mark Albert Herder (0061503)
                                               Attorney for the Debtor
                                               MARK ALBERT HERDER, LLC
                                               1031 East Broad Street
                                               Columbus, Ohio 43205
                                               Tel.: 614.444.5290
                                               Fax: 614.444.4446