# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:**  **MIRANDA JEFFERSON,** | : | Case No. 12-60323 |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtor MIRANDA JEFFERSON, by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

MIRANDA JEFFERSON
801 Polaris Parkway, Unit 445
Columbus, Ohio 43240

Respectfully submitted,

Dated: 7 April 2016

/s/ *Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com